Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED

'06 FEB 21 AM 9:19

DISTRICT COURT
DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SHARON CRAIN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED CV05-01149 |
| v. | |
| TRUMP 29 OR SPOTLIGHT 29 | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S). | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

**Note:** This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____     _____
Date                    United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous  ☐ Immunity as to _____
☒ Other: _Frivolous / no cognizable claim_

Comments:

FEB -9 2006                    STEPHEN G. LARSON
_____                _/s/ S.G. Larson_____
Date                           United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED    ☒ DENIED (See comments above).

FEB 15 2006                    _____
Date                    **CHIEF** United States District Judge

DOCKETED ON CM
FEB 22 2006
045

CV-73A (02/05)    ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE